IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

GREAT WEST CASAULTY COMPANY,

    Plaintiff,

  v.

DAVID TURNER,

    Involuntary Plaintiff,

  v.

PILOT TRAVEL CENTERS, LLC,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 16-cv-66-slc

---

This action came before the court for consideration with Magistrate Judge Stephen L. Crocker presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case without prejudice for lack of subject matter jurisdiction.

/s/                                         6/22/2017

Peter Oppeneer, Clerk of Court             Date